FANNIE LORDE, Appellant, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Order denying plaintiff's motion to strike out defendant's proposed interrogatories numbered 6 to 44, inclusive, of the interrogatories to be administered to Charles H. Frazier, M. D., a witness to be examined on the part of the defendant under a commission directed to Louise C. Hague, at Philadelphia, Pa., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

FANNIE LORDE, Appellant, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Order denying plaintiff's motion to strike out defendant's proposed interrogatories numbered 5 to 19, inclusive, of the interrogatories to be administered to the superintendent or official head of the University of Pennsylvania Hospital, Philadelphia, Pa., a witness to be examined on the part of the defendant under a commission directed to Louise C. Hague at Philadelphia, Pa., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM HODSON, as Commissioner of Public Welfare of the City of New York, Respondent, for an Order Directing NELLIE HANNON, as Guardian of DOROTHY HANNON, an Infant over the Age of Fourteen Years, Appellant, to Pay over a Certain Sum of Money.— Order, granting petitioner's motion directing Nellie Hannon, as guardian, to pay to the petitioner the sum of $494.77 out of the money on deposit to the credit of Dorothy Hannon, an infant, unanimously affirmed. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

SAMUEL KEISER, Respondent, v. JOSEPH B. MELMAN, Also Known as J. B. KEISER, Appellant.— Order denying defendant's motion for a bill of particulars unanimously modified by granting items 1, 2, 4, 5, 6, and 10 to 16, inclusive, of the notice of motion; item 7, to the extent of requiring a statement of the approximate date when plaintiff claims his wife was enticed; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

SPEAR SECURITIES CORPORATION, Plaintiff-Respondent, v. GOLBRO REALTY CORPORATION, Appellant, Impleaded with Another. (MAX L. GOLDBERT, Appellant.) (JOSEPH H. KUTNER, Receiver-Respondent.) — Order denying motion of defendant Golbro Realty Corporation and Max L. Goldbert, individually, to vacate the *ex parte* order appointing a receiver, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

DIANE TATE and MARIAN HALL, INC., Appellant, v. JASWAH REALTY CORPORATION, Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.